UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM C HALEY, JR,

                 Plaintiff,

    v.

T-MOBILE,

                 Defendant.

Case No. C26-2106-KKE

ORDER GRANTING IFP AND
RECOMMENDING REVIEW

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 22nd day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP AND RECOMMENDING
REVIEW - 1