UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM C HALEY JR., Plaintiff(s), v. T-MOBILE, Defendant(s). | CASE NO. C26-2106-KKE<br><br>ORDER OF DISMISSAL |

On August 4, 2026, the Court declined to issue summons under 28 U.S.C. § 1915(e)(2)(B) and ordered Plaintiff to file an amended complaint by September 3, 2026. The Court stated that failure to file an amended complaint may result in dismissal. Plaintiff has not filed an amended complaint by the deadline.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute and failure to comply with a court order.

Dated this 11th day of September, 2026.

Kymberly K. Evanson
United States District Judge